| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas (State) |
| Case number (if known): _____  Chapter  11 |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's Name**  
   Candy Club Investment, LLC

2. **All other names debtor used in the last 8 years**  
   N/A  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   N/A

4. **Debtor's address**

   **Principal place of business**  
   7 Switchbud Place, Suite 192-166  
   Number       Street  

   The Woodlands       TX       77380  
   City       State       Zip Code  

   Montgomery County  
   County

   **Mailing address, if different from principal place of business**  
   10736 Jefferson Blvd., #325  
   Number       Street  

   P.O. Box  

   Culver City       CA       90230  
   City       State       Zip Code  

   **Location of principal assets, if different from principal place of business**  
   Number       Street  

   City       State       Zip Code

5. **Debtor's website** (URL)       candyclub.com

6. **Type of debtor**       ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor   **Candy Club Investment, LLC**                              Case number *(if known)*
         Name

☐ Other. Specify: _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check One:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**3119**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                    MM/DD/YYYY

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor **Candy Club Investment, LLC**  Case number *(if known)* _____
       Name

|  |  |  |  |
|---|---|---|---|
| If more than 2 cases, attach a separate list. | District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list.

| Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Southern District of Texas** | When | **07/27/2023** MM / DD / YYYY |
| Case number, if known | _____ | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____ Number   Street
_____ City   State   Zip Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

☒ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000
☐ 50-99   ☐ 5,001-10,000   ☐ 50,001-100,000
☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000
☐ 200-999

---

[1] The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor   **Candy Club Investment, LLC**  Case number *(if known)* _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☒ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☒ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/27/2023**
              MM/ DD / YYYY

× **/s/  Keith Cohn**                                          **Keith Cohn**
Signature of authorized representative of debtor               Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

× **/s/  Veronica A. Polnick**                                 Date   **07/27/2023**
Signature of attorney for debtor                                      MM/DD/YYYY

**Veronica A. Polnick**
Printed name

**JACKSON WALKER LLP**
Firm name

**1401 McKinney Street, Suite 1900**
Number          Street

**Houston**                                                    **Texas**        **77010**
City                                                           State            ZIP Code

**(713) 752 -4200**                                            **vpolnick@jw.com**
Contact phone                                                  Email address

**24079148**                                                   **Texas**
Bar number                                                     State

| **Fill in this information to identify the case**: |
| --- |
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| (State) |
| Case number *(if known)*:  Chapter  11 |

☐ Check if this is an amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Candy Club, LLC.

- Candy Club Acquisition, LLC
- Candy Club Holdings, Inc.
- Candy Club, LLC
- Candy Club Investment, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Candy Club Investment, LLC, ) | Case No. 23-_____(___) |
| ) | |
| Debtor. ) | |
| ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Candy Club, LLC | 10736 Jefferson Blvd., #325<br>Culver City, CA 90230 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Candy Club Investment, LLC, | ) Case No. 23-_____(\_\_\_) |
| Debtor. | ) |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Candy Club Acquisition, LLC | 100% of Candy Club Holdings, Inc. |
| Candy Club Holdings, Inc. | 100% of Candy Club, LLC |
| Candy Club, LLC | 100% of Candy Club Investment, LLC |
| Keith Cohn | 100% of Candy Club Acquisition, LLC |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name   Candy Club Investment, LLC |
| United States Bankruptcy Court for the:   Southern District of Texas (State) |
| Case number (If known): |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration   List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

07/27/2023
MM/ DD/YYYY

☒ */s/ Keith Cohn*
Signature of individual signing on behalf of debtor
**Keith Cohn**
Printed name
**Chief Executive Officer**
Position or relationship to debtor

Official Form 202                           Declaration Under Penalty of Perjury for Non-Individual Debtors

**WRITTEN CONSENT
OF
CANDY CLUB INVESTMENT, LLC**

**JULY 21, 2022**

THE COMPANY, Candy Club Investment, LLC (the "Company") takes the following actions and adopt the following resolutions without a meeting, by consent of the undersigned Manager and Member, as authorized by the Texas Business Organizations Code ("TBOC"), as amended from time to time, and the Company Agreement of the Company, dated as of July 21, 2023 (the "Agreement").

1. Appointment of Independent Manager

WHEREAS, pursuant to Section 8 of the Agreement, the Member may appoint additional Managers to the Company.

WHEREAS, pursuant to Section 101.358 of the TBOC, an action may be taken, without holding a meeting, providing notice, or taking a vote if a written consent stating the action taken is signed by the number of governing persons of a limited liability company necessary to have at least the minimum number of votes that would be necessary to take action at a meeting at which each governing person entitled to vote on the action is present and votes.

WHEREAS, the Company deems it advisable and in the best interest of the Company to appoint Barry Folse as independent manager of the Company in accordance with that certain Independent Director Agreement between the Independent Manager (defined below) and Candy Club, LLC, an affiliate of the Company, dated July 20, 2023 and in the form approved by the Manager.

NOW THEREFORE, BE IT RESOLVED, that Barry Folse (the "Independent Manager") be ratified in his appointment as independent manager of the Company.

RESOLVED, that the Independent Manager shall have responsibility for the general and active management of the business in the same capacity as the Manager and shall have authority to execute documents and bind the Company.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

2. Bankruptcy Matters

WHEREAS, pursuant to Section 101.356 of the TBOC, any action not apparently in the ordinary course of business must be approved by an affirmative majority of the governing persons.

1

WHEREAS, the Company deems it advisable and in the best interest of the Company and its affiliates, Candy Club, LLC, a California limited liability company, Candy Club Holdings, Inc., a Delaware corporation, and Candy Club Acquisition, LLC, a Delaware limited liability company, to file bankruptcy under Chapter 11 of the US Code and grant Barry Folse, in his capacity as Independent Manager of the Company, and to each Manager (collectively, the "Authorized Persons") the power and authority to authorize, execute, and approve on behalf of the Company and its affiliates all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy (the "Bankruptcy Matters").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve, and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters on behalf of the Company and its affiliates.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

                **MANAGER:**

_____
Keith Cohn

                **MEMBER:**

CANDY CLUB, LLC
(a California limited liability company)

By: _____
Keith Cohn, *Chief Executive Officer*

[Signature to Written Consent of Candy Club Investment, LLC]

Fill in this information to identify the case:

Debtor name __**Candy Club, LLC**__

United States Bankruptcy Court for the: **Southern**  District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Integrated Distribution Services - IND<br>9431 All Points Parkway<br>Plainfield, IN 46168 | Cody Van Woerden<br>P: 317-203-8751<br>cvanwoerden@idsfulfillment.com | Operations | D | | | $1,693,189.20 |
| 2 | MAVPAK<br>6330 E 75th St Ste 168<br>Indianapolis, IN 46250 | Phoebe Plair<br>P: 463-266-8084<br>phoebe@mavpak.com | Components | | | | $317,875.00 |
| 3 | Berlin Packaging<br>525 West Monroe Street 14th Floor<br>Chicago, IL 60661 | Pauline Reichel<br>P: 312-869-7574<br>Pauline.reichel@BerlinPackaging.com | Components | | | | $217,206.43 |
| 4 | All-Star Containers, Inc<br>PO Box 1308<br>Bluffton, SC 29910 | Todd Chaney<br>P: 805-285-0740 Ext 2<br>todd@allstarcontainers.com | Components | | | | $195,008.64 |
| 5 | UPS<br>PO Box 650116<br>Dallas, TX 75265-0116 | Andrew Harrell<br>P: 800-377-4877<br>andrewharrell@ups.com | Freight | | | | $120,530.49 |
| 6 | North Point Partners (Peter Ember)<br>30 Beekman Place<br>New York, NY 10022 | P: (917) 539-7432<br>pimber@nppllc.net | G&A | | | | $104,376.34 |
| 7 | Rite Aid<br>5400 Perry Drive<br>Waterford, MI 48329 | | Markdowns | D | | | $90,000.00 |
| 8 | Dorval Trading<br>PO Box 620<br>Nanuet, NY 10954 | Gail Newcomb<br>P: 845-624-3031<br>gnewcomb@dorvaltrading.com | G&A | | | | $89,830.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims   page 1

Debtor Name      **Candy Club, LLC**          Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Google, Inc.** Dept. 33654, PO Box 39000 Dsan Francisco, CA 94139 | collections-us@google.com | Candy | | | | $83,833.20 |
| 10 | **Marich Confectionery** 2101 Bert Drive Hollister, CA 95023 | Jose Hernandez P: 800-624-7055 jlhernandez@marich.com | Marketing | | | | $81,632.34 |
| 11 | **City National Bank Credit Card** File 1355 Pasadena, CA 91199-1355 | John Bai john.bai@cnb.com | Candy | | | | $74,958.35 |
| 12 | **Gerrit J Verburg Company** 12238 Germany Road Fenton, MI 48430 | India Olk P: 810-750-9779 india@gerritjverburg.com | G&A | | | | $57,987.68 |
| 13 | **Disney Consumer Products, Inc.** 500 S. Buena Vista St. Burbank, CA 91521 | JP Southern paul.southern@disneyconsumerproducts.com | Candy | | | | $55,608.48 |
| 14 | **SC Marketing (Thermal Shipping Solutions)** 1196 Simmons Lane Novato, CA 94945 | Maney Athwal P: 415-389-5004 Maney@thermalshipping.com | License | D | | | $50,000.00 |
| 15 | **Vidal Candies USA Inc.** 845 Third Ave, 6th Floor New York, NY 10022 | Matt Hanna and Michelle Gregg P: 310-548-6087 matt.hanna@vidalcandiesusa.com | Components | | | | $47,858.04 |
| 16 | **Facebook (Meta)** 1601 Willow Road Menlo Park, CA 94025 | P: 650.543.4800 debtrecovery@google.com | Candy | | | | $45,828.00 |
| 17 | **ORACLE (NetSuite)** 2955 Campus Dr Ste 100 San Mateo, CA 94403 | P: 877-638-7848 rvaldez@netsuite.com | Marketing | | | | $30,329.51 |
| 18 | **Premier Packaging** PO Box 39505 Louisville, KY 40233 | Deborah Ernst P: 800-518-6305 dernst@prempack.com | Tech | | | | $29,159.69 |
| 19 | **Sweets Candy Company** 4666 Park Granada Calabasas, CA 91302 | Darren Kolinsky darren@actionsaleswest.com | Components | | | | $28,578.00 |
| 20 | **Proforma Nitro Incentives (LLC)** PO Box 51925 Los Angeles, CA 90051-6225 | Anita Namar P: 972-407-6100 anita.namara@proforma.com | Candy | | | | $26,625.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims     page 2

Debtor Name _____**Candy Club, LLC**_____     Case Number _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 **Stroock**<br>180 Maiden Lane<br>New York, NY 10038 | P: 712-806-6196<br>zswan@stroock.com | Components | D | | | $22,533.00 |
| 22 **Redstone Foods, Inc**<br>1434 Patton Place, Suite 106<br>Carrollton, TX 75007 | Sussanne Diamond<br>P: 818-422-4245<br>suannebd@gmail.com | Candy | | | | $19,932.00 |
| 23 **Steaven Jones Development Company**<br>12381 Wilshire Boulevard, Suite 201<br>Los Angeles, CA 90025 | Larry Meister<br>P: 310-826-3600 x115<br>F: 800-837-2511<br>lmeister@sjdcinc.com | G&A | D | | | $19,427.53 |
| 24 **Nassau Candy**<br>530 West John Street<br>Hicksville, NY 11801 | Robin Goedel<br>P: 516-433-7100<br>Robin.Goedel@nassaucandy.com | Candy | | | | $16,700.00 |
| 25 **Jelly Belly**<br>PO Box 742799<br>Los Angeles, CA 90074 | Heidi Mueller<br>P: 707-428-2800<br>hmueller@jellybelly.com | Candy | | | | $16,568.00 |
| 26 **Metric Theory**<br>PO Box 748544<br>Los Angeles, CA 90074 | P: 415-231-5345<br>accounting@metrictheory.com | Marketing | | | | $11,050.77 |
| 27 **Wise Owl Productions**<br>3751 E 150 S<br>Tipton, IN 46072 | P: 949-690-4942<br>jpekar@wiseowlproductions.com | Sales | | | | $10,641.50 |
| 28 **Arway Confections (LongGrove)**<br>3425 North Kimball Ave<br>Chicago, IL 60618 | Carrie Koch<br>P: 847-302-4806<br>carrie.koch@arwlgc.com | Candy | | | | $10,120.00 |
| 29 **Anthem Blue Cross**<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | Mark Reynolds<br>P: 855-854-1429.<br>reynolds.mark@sbcglobal.net | G&A | | | | $8,651.92 |
| 30 **Cloudwork LLC (Beon)**<br>17121 Collins Ave<br>Sunny Isle, FL 33160 | P: 917-605-3521<br>accounting@beon.studio | Tech | | | | $8,201.25 |